**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY WARNER, ) | NO. ED CV 11-907-DMG(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| MICHAEL J. ASTRUE, COMMISSIONER ) OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: April 26, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE