1    Laura E. Krank
    Attorney at Law: 220208
2    Law Offices of Rohlfing & Kalagian, LLP
    211 East Ocean Boulevard, Suite 420
3    Long Beach, CA 90802
    Tel.: (562)437-7006
4    Fax: (562)432-2935
    E-mail: rohlfing.kalagian@rksslaw.com
5
    Attorneys for Plaintiff
6    Stacy Warner

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STACY WARNER,                                   Case No.: CV 11-907 E

        Plaintiff,                      {~~PROPOSED~~} ORDER AWARDING
12                                                  EQUAL ACCESS TO JUSTICE ACT
    vs.                                         ATTORNEY FEES AND EXPENSES
13                                                  PURSUANT TO 28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,
14  Commissioner of Social Security,

15          Defendant

16

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

    Access to Justice Act Fees, Costs, and Expenses:
19

      IT IS ORDERED that fees and expenses in the amount of $3,950.00 as
20

    authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21

22  DATE: *7/9/12*

23

24        THE HONORABLE CHARLES F. EICK
      UNITED STATES MAGISTRATE JUDGE

25

26

FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY